The order below is hereby signed.

Signed: March 05, 2006.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WILLIAM J. HEALEY, | ) | Case No. 04-01343 |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| MARC R. LABGOLD, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Proceeding No. |
| v. | ) | 05-10078 |
| | ) | |
| WILLIAM J. HEALEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DISMISSING ADVERSARY PROCEEDING

Pursuant to a decision of this date, it is

ORDERED that this adversary proceeding is dismissed without prejudice to reinstatement should the dismissal of the main case be vacated, and without adjudicating the claims asserted in the complaint.

[Signed and dated above.]

Copies to: Copies to: All counsel of record; debtor; Office of U.S. Trustee.